LOUISIANA CHEMICAL ASSOCIATION,
Plaintiff-Appellant,

James E. Grace, M.D.,
Intervenor-Appellant,

v.

Eula BINGHAM, et al.,
Defendants-Appellees.

Harry J. SMITH, Plaintiff-Appellant,

v.

Eula BINGHAM, etc., et al.,
Defendants-Appellees.

Ronald P. CHAUFFE,
Plaintiff-Appellant,

v.

Eula BINGHAM, etc., et al.,
Defendants-Appellees.

Columbus P. MILLET, Jr.,
Plaintiff-Appellant,

v.

Eula BINGHAM, etc., et al.,
Defendants-Appellees.

No. 83–4044.

United States Court of Appeals,
Fifth Circuit.

May 7, 1984.

McCalla, Thompson, Pyburn & Ridley, Horace A. Thompson, III, Susan L. Brooks, New Orleans, La., Stephen A. Bokat, Nat. Chamber Litigation Ctr., Inc., Washington, D.C., for plaintiffs-appellants.

Nathanial Spiller, Dennis K. Kade, Dept. of Labor, Washington, D.C., for defendants-appellees.

Bredhoff & Kaiser, Gary L. Sasso, George H. Cohen, Elliot Bredhoff, Washington, D.C., amicus curiae, for Industrial Union Dept.

Before RANDALL, TATE, and WILLIAMS, Circuit Judges.

PER CURIAM:

The district court has correctly decided all contentions raised upon appeal by its memorandum ruling entered November 5, 1982. 550 F.Supp. 1136 (W.D.La.1982).

We therefore AFFIRM its judgment.

AFFIRMED.